**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00218-PAB

FELIPE ALANIZ HERRERA,

    Petitioner,

v.

ERIC HOLDER, Attorney General,
JOHN SANDWEG, Director of the United States Immigration and Customs
    Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JEFFREY D. LYNCH, Acting Field Office Director, Denver, U.S. Immigration and
    Customs Enforcement,
THOMAS HOMAN, Executive Associate Director, Enforcement and Removal
    Operations, U.S. Immigration and Customs Enforcement

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Application for a Writ of Habeas Corpus of Judge Philip A. Brimmer entered on July 23, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed 01/27/14, is denied; and it is further

ORDERED that each party shall pay his own attorney fees.

    Dated at Denver, Colorado this 24th day of July, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

              By:  s/   Jennifer Hawkins

                        Jennifer Hawkins
                        Deputy Clerk