**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00218-PAB

FELIPE ALANIZ HERRERA,

    Petitioner,

v.

ERIC HOLDER, Attorney General,
JOHN SANDWEG, Director of the United States Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JEFFREY D. LYNCH, Acting Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
THOMAS HOMAN, Executive Associate Director, Enforcement and Removal Operations, U.S.
    Immigration and Customs Enforcement,

    Respondents.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER Denying Application for Writ of Habeas Corpus of Judge Philip A. Brimmer entered on 7/23/2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed 1/27/2014, is denied; and it is further

ORDERED that each party shall pay his own attorney fees.

Dated at Denver, Colorado this 23 day of July, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

       By: s/ Jennifer Hawkins

              Jennifer Hawkins
              Deputy Clerk